UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Loriann Smith Morelli<br>    Cosimo Morelli<br><br>              Debtors | Chapter 13<br>Bankruptcy No.23-11701-PMM |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 8th day of November, 2023, by first class mail upon those listed below:

Loriann Smith Morelli
127 N 2nd St
Coplay, PA  18037-1203

Cosimo Morelli
127 N 2nd St
Coplay, PA

**Electronically via CM/ECF System Only:**

CIBIK LAW, PC
% MICHAEL A CIBIK ESQ
1500 WALNUT STREET STE 900
PHILADELPHIA, PA  19102

 

*/s/ Kristen Gliem*
_____
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee