| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 23-11701-PMM**

Loriann Smith Morelli  
Cosimo Morelli  
127 N 2nd St  
Coplay  PA   18037-1203

Petition Filed Date: 06/09/2023  
341 Hearing Date: 09/12/2023  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/04/2023 | $375.00 | | 08/21/2023 | $375.00 | | 09/19/2023 | $375.00 | |
| 10/18/2023 | $375.00 | | 11/13/2023 | $375.00 | | 12/18/2023 | $375.00 | |
| 01/12/2024 | $375.00 | | 02/20/2024 | $375.00 | | 03/15/2024 | $375.00 | |
| 04/12/2024 | $375.00 | | 05/28/2024 | $375.00 | | 06/26/2024 | $375.00 | |
| 07/19/2024 | $375.00 | | | | | | | |

**Total Receipts for the Period:  $4,875.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing:  $5,250.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | TD RETAIL CREDIT SERVICES<br>»»  001 | Unsecured Creditors | $761.67 | $0.00 | $0.00 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  002 | Unsecured Creditors | $10,683.56 | $0.00 | $0.00 |
| 3 | CAPITAL ONE BANK (USA) NA<br>»»  003 | Unsecured Creditors | $829.84 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK (USA) NA<br>»»  004 | Unsecured Creditors | $4,253.73 | $0.00 | $0.00 |
| 5 | REVCO SOLUTIONS INC<br>»»  005 | Unsecured Creditors | $1,274.00 | $0.00 | $0.00 |
| 6 | DISCOVER BANK<br>»»  006 | Unsecured Creditors | $4,904.36 | $0.00 | $0.00 |
| 0 | CIBIK LAW, PC | Attorney Fees | $4,625.00 | $0.00 | $4,625.00 |
| 7 | CAPITAL ONE BANK (USA) NA<br>»»  007 | Unsecured Creditors | $2,090.30 | $0.00 | $0.00 |
| 8 | CAPITAL ONE BANK (USA) NA<br>»»  008 | Unsecured Creditors | $3,026.16 | $0.00 | $0.00 |
| 9 | PSECU<br>»»  009 | Unsecured Creditors | $14,879.06 | $0.00 | $0.00 |
| 10 | LVNV FUNDING LLC<br>»»  010 | Unsecured Creditors | $3,537.16 | $0.00 | $0.00 |
| 11 | AMERICAN EXPRESS NATIONAL BANK<br>»»  011 | Unsecured Creditors | $3,847.33 | $0.00 | $0.00 |
| 12 | AMERICAN EXPRESS NATIONAL BANK<br>»»  012 | Unsecured Creditors | $4,747.29 | $0.00 | $0.00 |
| 13 | LVNV FUNDING LLC<br>»»  013 | Unsecured Creditors | $1,943.53 | $0.00 | $0.00 |
| 14 | LVNV FUNDING LLC<br>»»  014 | Unsecured Creditors | $1,193.36 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 15 | AMERICREDIT FINANCIAL SERVICES<br>»» 015 | Secured Creditors | $1,345.00 | $0.00 | $0.00 |
| 16 | TRUIST BANK<br>»» 016 | Secured Creditors | $2,787.99 | $0.00 | $0.00 |
| 17 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 017 | Unsecured Creditors | $4,576.52 | $0.00 | $0.00 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 018 | Unsecured Creditors | $6,956.90 | $0.00 | $0.00 |
| 19 | LVNV FUNDING LLC<br>»» 019 | Unsecured Creditors | $552.57 | $0.00 | $0.00 |
| 20 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 020 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | US DEPARTMENT OF EDUCATION<br>»» 021 | Unsecured Creditors | $62,425.44 | $0.00 | $0.00 |
| 22 | US DEPARTMENT OF EDUCATION<br>»» 022 | Unsecured Creditors | $36,820.29 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,250.00 | Current Monthly Payment: | $375.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $513.75 | Total Plan Base: | $22,500.00 |
| Funds on Hand: | $4,736.25 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.