UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Loriann Smith Morelli<br>    Cosimo Morelli<br><br>                    Debtors | Chapter 13<br><br>Bankruptcy No. 23-11701-PMM |

## CERTIFICATE OF SERVICE

      I, Kristen Gliem, do hereby certify that true and correct copies of the foregoing *Trustee's Motion to Dismiss Pursuant to 11 U.S.C. Section 1307* and *Notice of Motion, Response Deadline and Hearing Date Pursuant to Local Bankruptcy Rule 9014-3* have been served this 4th day of September, 2024 by first class mail upon those listed below:

| | |
|---|---|
| Loriann Smith Morelli<br>127 N 2nd St<br>Coplay, PA  18037-1203 | Cosimo Morelli<br>127 N 2nd St<br>Coplay, PA |

**Electronically via ECF/System ONLY:**

CIBIK LAW, PC

Dave P. Adams, Esq.
Office of the United States Trustee

 

                                                  */s/ Kristen Gliem*
                                                  Kristen Gliem
                                                  for
                                                  Scott F. Waterman, Esq.
                                                  Standing Chapter 13 Trustee