**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Loriann and Cosimo Morelli, | : | Chapter 13 |
| | : | |
| Debtors. | : | Bky. No. 23-11701 PMM |

## O R D E R

**AND NOW,** after notice and hearing, and, as discussed in open court at the hearing held held in this matter on September 5, 2024;

It is hereby **ORDERED** that confirmation of Debtors' Chapter 13 Plan is **DENIED**.

Date: 9/5/24

**HON. PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**