United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 23-11701-pmm
Loriann Smith Morelli Chapter 13
Cosimo Morelli
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 4
Date Rcvd: Oct 03, 2024      Form ID: pdf900      Total Noticed: 51

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Loriann Smith Morelli, Cosimo Morelli, 127 N 2nd St, Coplay, PA 18037-1203 |
| 14790974 | Borough of Coplay, 98 S 4th St, Coplay, PA 18037-1304 |
| 14791001 | Whitehall-Coplay School District, 2940 Macarthur Rd, Whitehall, PA 18052-3408 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: taxclaim@countyofberks.com | Oct 04 2024 11:26:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 04 2024 11:27:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | Email/Text: bnc-quantum@quantum3group.com | Oct 04 2024 11:27:00 | Quantum3 Group LLC as agent for, PO Box 788, Kirkland, WA 98083-0788 |
| 14790970 | + Email/PDF: AffirmBKNotifications@resurgent.com | Oct 04 2024 00:17:48 | Affirm, Inc., Attn: Bankruptcy Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 14790971 | + Email/Text: ally@ebn.phinsolutions.com | Oct 04 2024 11:26:00 | Ally Financial, Inc, Attn: Bankruptcy 500 Woodard Ave, Detroit, MI 48226-3416 |
| 14802339 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 04 2024 11:27:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14790972 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 04 2024 11:27:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, PO Box 183853, Arlington, TX 76096-3853 |
| 14800260 | Email/PDF: bncnotices@becket-lee.com | Oct 04 2024 00:40:31 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14790973 | Email/PDF: bncnotices@becket-lee.com | Oct 04 2024 00:40:53 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14790975 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 04 2024 00:17:49 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14791702 | + Email/PDF: ebn_ais@aisinfo.com | Oct 04 2024 00:17:48 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14790976 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 04 2024 11:27:00 | Comenity Bank/Catherines, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14790977 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 04 2024 11:27:00 | Comenitycb/dtlfirstfin, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14790978 | + Email/Text: bankruptcy_notifications@ccsusa.com | | |

Case 23-11701-pmm    Doc 45    Filed 10/05/24    Entered 10/06/24 00:35:39    Desc Imaged
                              Certificate of Notice    Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 03, 2024 | Form ID: pdf900 | Total Noticed: 51 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Oct 04 2024 11:27:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14790979 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 04 2024 00:17:48 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14794019 | | Email/Text: mrdiscen@discover.com | Oct 04 2024 11:26:00 | Discover Bank, P.O. Box 3025, New Albany, Oh 43054-3025 |
| 14790980 | + | Email/Text: mrdiscen@discover.com | Oct 04 2024 11:26:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14790982 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 04 2024 11:27:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 14790981 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 04 2024 11:27:00 | Genesis Financial, Genesis FS Card Services, PO Box 4477, Beaverton, OR 97076-4401 |
| 14790983 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 04 2024 11:27:00 | Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 14790984 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 04 2024 11:27:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14800237 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 04 2024 00:40:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14790985 | ^ | MEBN | Oct 04 2024 11:20:47 | Lehigh County Tax Claim Bureau, 17 S 7th St Rm 120, Allentown, PA 18101-2401 |
| 14790986 | | Email/Text: EBN@Mohela.com | Oct 04 2024 11:26:00 | MOHELA, Attn: Bankruptcy 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 14790987 | + | Email/Text: bankruptcynotices@psecu.com | Oct 04 2024 11:27:00 | P S E C U, Attention: Bankruptcy, PO Box 67013, Harrisburg, PA 17106-7013 |
| 14790988 | | Email/Text: fesbank@attorneygeneral.gov | Oct 04 2024 11:27:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 14806666 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 04 2024 00:40:54 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14799982 | + | Email/Text: bankruptcynotices@psecu.com | Oct 04 2024 11:27:00 | PSECU, P.O. BOX 67013, HARRISBURG, PA 17106-7013 |
| 14790989 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 04 2024 11:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14790990 | ^ | MEBN | Oct 04 2024 11:21:23 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14790991 | + | Email/Text: bankruptcy@petalcard.com | Oct 04 2024 11:26:00 | Petal Card 1/webbank, Attn: Bankruptcy Dept, Po Box 105168, Atlanta, GA 30348-5168 |
| 14808280 | | Email/Text: bnc-quantum@quantum3group.com | Oct 04 2024 11:27:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14806364 | | Email/Text: bnc-quantum@quantum3group.com | Oct 04 2024 11:27:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14793699 | + | Email/Text: shari.stephenson@revcosolutions.com | Oct 04 2024 11:27:00 | REVCO SOLUTIONS, INC., 3850 PRIORITY WAY SOUTH DR, SUITE 114, 3850 PRIORITY WAY SOUTH DR, INDIANAPOLIS, IN 46240-3813 |
| 14790992 | ^ | MEBN | Oct 04 2024 11:20:48 | Recivable Management Services. LLC, Attn: Bankruptcy 240 Emery Street, Bethlehem, PA 18015-1980 |
| 14797442 | | Email/Text: bankruptcyteam@quickenloans.com | Oct 04 2024 11:27:00 | Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 14790993 | | Email/Text: bankruptcy@bbandt.com | | |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 04 2024 11:27:00 | Sheffield Financial, Attn: Bankruptcy 214 N Tryon St, Charlotte, NC 28202-1078 |
| 14790994 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 04 2024 00:40:51 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14790995 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 04 2024 00:40:30 | Synchrony/HSN, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14790519 | + | Email/Text: tdebn@credbankserv.com | Oct 04 2024 11:26:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14790996 | ^ | MEBN | Oct 04 2024 11:21:15 | Td Retail Card Services, MS BT, POB 9475, Minneapolis, MN 55440-9475 |
| 14806143 | + | Email/Text: bankruptcy@bbandt.com | Oct 04 2024 11:27:00 | Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 14790997 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 04 2024 11:27:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14790998 | ^ | MEBN | Oct 04 2024 11:20:55 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14790999 | | Email/Text: bknotice@upgrade.com | Oct 04 2024 11:26:00 | Upgrade, Inc., Attn: Bankruptcy 275 Battery Street 23rd, San Francisco, CA 94111 |
| 14808337 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 04 2024 11:27:00 | US DEPARTMENT OF EDUCATION C/O NELNET, 121 S 13TH ST, LINCOLN, NE 68508-1904 |
| 14791000 | + | Email/Text: LCI@upstart.com | Oct 04 2024 11:26:00 | Upstart Finance, Attn: Bankruptcy, PO Box 1503, San Carlos, CA 94070-7503 |
| 14790958 | ^ | MEBN | Oct 04 2024 11:20:59 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 48

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Quantum3 Group LLC as agent for, PO Box 788, Kirkland, WA 98083-0788 |
| 14800262 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14812764 | * | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 05, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 4 of 4 |
| Date Rcvd: Oct 03, 2024 | Form ID: pdf900 | Total Noticed: 51 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MICHAEL A. CIBIK | on behalf of Joint Debtor Cosimo Morelli help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL A. CIBIK | on behalf of Debtor Loriann Smith Morelli help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Loriann Smith Morelli<br>    Cosimo Morelli<br><br>                    Debtors | Chapter 13<br><br>Bankruptcy No. 23-11701-PMM |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: October 3, 2024**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE