# Cibik Law, P.C.     INVOICE

1500 Walnut Street, Suite 900  
Philadelphia, PA 19102

Invoice # 1  
Date: 10/16/2024  
Due On: 11/15/2024

Cosimo and Loriann Smith Morelli  
127 N 2nd St  
Coplay, PA 18037

## 2405-Morelli

## Bankruptcy 23-11701

| Date | Attorney | Notes | Quantity | Total |
|---|---|---|---|---|
| 05/19/2023 | MAC | A106 Communicate (with client) B110 Case Administration: Initial consultation - discussed objectives with client and answered questions | 0.80 | $280.00 |
| 05/21/2023 | MAC | A106 Communicate (with client) B110 Case Administration: Additional consultation - further evaluated clients' eligibility, financial situation, discussed options, and answered questions | 0.40 | $140.00 |
| 05/31/2023 | IR | A106 Communicate (with client) B110 Case Administration: Phone call with the clients regarding the process of filing their case | 0.10 | $15.00 |
| 06/02/2023 | IR | A106 Communicate (with client) B110 Case Administration: Phone call with the clients to discuss the process of filing their case | 0.20 | $30.00 |
| 06/06/2023 | IR | A106 Communicate (with client) B110 Case Administration: Phone call with the clients to discuss the process of filing their case | 0.10 | $15.00 |
| 06/07/2023 | MAC | A106 Communicate (with client) B110 Case Administration: Phone call with the clients to help them along the process of filing their case | 0.10 | $35.00 |
| 06/07/2023 | IR | A106 Communicate (with client) B110 Case Administration: Phone call with the clients to discuss the process of filing their case | 0.10 | $15.00 |
| 06/08/2023 | IR | A106 Communicate (with client) B110 Case Administration: Phone call with the clients to discuss the process of filing their case | 0.10 | $15.00 |
| 06/09/2023 | MA | A103 Draft/revise B110 Case Administration: Drafted Chapter 13 petition and statement about social security numbers | 0.30 | $105.00 |
| 06/09/2023 | IR | A111 Other B110 Case Administration: Filed Chapter 13 petition and statement about social security numbers | 0.10 | $15.00 |
| 06/09/2023 | IR | A106 Communicate (with client) B110 Case Administration: Phone call with the clients to discuss the status of their case | 0.10 | $15.00 |
| 06/14/2023 | IR | A106 Communicate (with client) B110 Case Administration: Phone call with the clients to discuss their creditors and the status of their | 0.10 | $15.00 |

| | | | | |
|---|---|---|---|---|
| | | case | | |
| 06/16/2023 | MA | A103 Draft/revise B110 Case Administration: Drafted matrix list of creditors upon review of credit report and other documents | 0.60 | $210.00 |
| 06/16/2023 | IR | A111 Other B110 Case Administration: Filed matrix list of creditors | 0.10 | $15.00 |
| 06/16/2023 | IR | A106 Communicate (with client) B110 Case Administration: Phone call with the clients to discuss the status of their case | 0.10 | $15.00 |
| 06/23/2023 | IR | A103 Draft/revise B110 Case Administration: Drafted motion to extend time to file schedules, statements, and other documents | 0.10 | $15.00 |
| 06/23/2023 | IR | A111 Other B110 Case Administration: Filed motion to extend time to file schedules, statements, and other documents | 0.10 | $15.00 |
| 06/27/2023 | IR | A106 Communicate (with client) B110 Case Administration: Phone call with the clients to discuss the status of their case | 0.10 | $15.00 |
| 07/05/2023 | IR | A106 Communicate (with client) B110 Case Administration: Phone call with the clients to discuss the status of their case | 0.10 | $15.00 |
| 07/07/2023 | IR | A103 Draft/revise B110 Case Administration: Drafted motion to extend time to file schedules, statements, and other documents | 0.10 | $15.00 |
| 07/07/2023 | IR | A111 Other B110 Case Administration: Filed motion to extend time to file schedules, statements, and other documents | 0.10 | $15.00 |
| 07/10/2023 | IR | A106 Communicate (with client) B110 Case Administration: Phone call with the clients to discuss the status of their case | 0.10 | $15.00 |
| 07/10/2023 | MA | A103 Draft/revise B110 Case Administration: Drafted schedules, statements, and other documents | 5.00 | $1,750.00 |
| 07/10/2023 | MA | A103 Draft/revise B110 Case Administration: Drafted Chapter 13 plan | 1.00 | $350.00 |
| 07/10/2023 | IR | A111 Other B110 Case Administration: Filed schedules, statements, other documents, and Chapter 13 plan | 0.20 | $30.00 |
| 07/10/2023 | MA | A103 Draft/revise B110 Case Administration: Drafted amended matrix list of creditors | 0.10 | $35.00 |
| 07/10/2023 | IR | A111 Other B110 Case Administration: Filed amended matrix list of creditors | 0.10 | $15.00 |
| 08/23/2023 | MA | A103 Draft/revise B110 Case Administration: Prepared employee income records for debtor 2 | 0.10 | $35.00 |
| 08/23/2023 | IR | A111 Other B110 Case Administration: Filed employee income records for debtor 2 | 0.10 | $15.00 |
| 09/01/2023 | MA | A103 Draft/revise B110 Case Administration: Prepared employee income records for debtor 1 | 0.10 | $35.00 |
| 09/01/2023 | IR | A111 Other B110 Case Administration: Filed employee income records for debtor 1 | 0.10 | $15.00 |

| Date | Staff | Description | Qty | Amount |
|---|---|---|---|---|
| 09/01/2023 | IR | A106 Communicate (with client) B110 Case Administration: Phone call with the clients to discuss filing of employee income records | 0.10 | $15.00 |
| 09/06/2023 | IR | A110 Manage data/files B110 Case Administration: Uploaded various PDF documents to Chapter 13 Trustee's office for 341 meeting of creditors after redaction of PII | 1.50 | $225.00 |
| 09/11/2023 | IR | A106 Communicate (with client) B110 Case Administration: Phone call with the clients to discuss the status of their case | 0.20 | $30.00 |
| 09/12/2023 | MA | A106 Communicate (with client) B110 Case Administration: Phone call with the clients to discuss what to expect at their 341 meeting of creditors | 0.10 | $35.00 |
| 09/13/2023 | MA | A109 Appear for/attend B150 Meetings of and Communications with Creditors: Represented clients at their 341 meeting of creditors | 0.40 | $140.00 |
| 11/08/2023 | MA | A104 Review/analyze B110 Case Administration: Reviewed objection to confirmation of plan filed by Chapter 13 Trustee | 0.10 | $35.00 |
| 11/17/2023 | IR | A106 Communicate (with client) B110 Case Administration: Phone call with the clients to discuss the status of their case | 0.10 | $15.00 |
| 04/16/2024 | MA | A103 Draft/revise B110 Case Administration: Drafted first amended Chapter 13 plan | 0.50 | $175.00 |
| 04/16/2024 | IR | A111 Other B110 Case Administration: Filed first amended chapter 13 plan | 0.10 | $15.00 |
| 08/26/2024 | IR | A106 Communicate (with client) B110 Case Administration: Phone call with the clients to discuss the status of their case | 0.10 | $15.00 |
| 08/27/2024 | IR | A106 Communicate (with client) B110 Case Administration: Phone call with the clients to discuss the status of their case | 0.20 | $30.00 |
| 09/04/2024 | EJG | A104 Review/analyze B110 Case Administration: Reviewed motion to dismiss case filed by Chapter 13 Trustee | 0.10 | $35.00 |
| 09/04/2024 | EJG | A106 Communicate (with client) B110 Case Administration: Phone call with the clients to discuss the status of their case, motion to dismiss, confirmation status, outstanding documents, potential surrender of vehicle, current vs former expenses, changes in interests in real property, options moving forward, and answered questions | 1.10 | $385.00 |
| 09/09/2024 | EJG | A106 Communicate (with client) B110 Case Administration: Phone call with the clients to discuss their decision regarding their next course of action | 0.10 | $35.00 |
| 10/16/2024 | EJG | A103 Draft/revise B160 Fee/Employment Applications: Reviewed time slips and drafted fee application | 1.00 | $350.00 |
| 10/16/2024 | IR | A111 Other B160 Fee/Employment Applications: Filed fee application | 0.10 | $15.00 |
| | | **Quantity Subtotal** | **16.6** | |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Michael Assad | Attorney (former) | 8.3 | $350.00 | $2,905.00 |
| Michael Cibik | Principal Attorney | 1.3 | $350.00 | $455.00 |
| Edward Gruber | Deputy Attorney | 2.3 | $350.00 | $805.00 |
| Iesha Reid | Senior Paralegal | 4.7 | $150.00 | $705.00 |

|  |  |
|---|---|
| **Quantity Total** | **16.6** |
| **Subtotal** | **$4,870.00** |
| **Total** | **$4,870.00** |
| **Retainer (06/06/2023)** | **-$1,250.00** |
| **Balance Owing** | **$3,620.00** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 1 | 11/15/2024 | $4,870.00 | $1,250.00 | $3,620.00 |
|  |  |  | **Outstanding Balance** | **$3,620.00** |
|  |  |  | **Total Amount Outstanding** | **$3,620.00** |