United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>   Loriann Smith Morelli,<br>      Cosimo Morelli,<br><br>                Debtors. | Case No. 23-11701-PMM<br><br>Chapter 13 |

## Certificate of Service

I certify that on this date, I caused this application for compensation along with the notice and all attachments to be served on the following parties by first class mail or through the CM/ECF system:

Scott F. Waterman (CM/ECF)

U.S. Trustee (CM/ECF)

Lorian Smith Morelli and Cosimo Morelli
127 N 2nd St
Coplay, PA 18037-1203


Date: October 16, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com